UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____USA_____,
                    Plaintiff(s),

v.

_____Nasir Gill_____,
                    Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10-1-25_

**CALENDAR NOTICE**

_25 MJ 2344_ (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ re-scheduled for:

___ Status conference          ___ Final pretrial conference

___ Telephone conference       ___ Jury selection and trial

___ Pre-motion conference      ___ Bench trial

___ Settlement conference      ___ Suppression hearing

___ Oral argument              ✓ Plea hearing

___ Bench ruling on motion     ___ Sentencing

on _10-22-_, 20_25_, at _10:00 AM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _____.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _10-1-_, 20_25_
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge